# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-1 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Tony Callion | | |

**DOCKET ENTRY TEXT**

Bond hearing held.  Defendant waives detention hearing without prejudice.  Defendant waives preliminary hearing.  Defendant ordered detained and bound to the District Court for further proceedings.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|