## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Tony Callion et al | | |

**DOCKET ENTRY TEXT**

Government's motion for an extension of time to return indictment or to file an information [35] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from August 10, 2008 to and including October 9, 2008.
X-T

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|